# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RICHARD JAMAR SEARS JUNIOR,

        Petitioner

        v.

JOHN WETZEL, SECRETARY OF D.O.C.,
ET AL., ROBERT GILMORE, FACILITY
MANAGER OF THE S.C.I. AT GREENE,
ET AL., AND RICHARD MCCORMICK,
FORMER TRIAL COURT JUDGE,

        Respondents

: No. 9 WM 2017

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2017, the Application for Leave to File Original Process and the Application for Relief, to the extent it seeks leave to reply to the Commonwealth's answer, are **GRANTED**. The Petition for Writ of Habeas Corpus, the Declaration for Entry of Default, and the Motion for Default Judgment are **DENIED**.